# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE FRANCESCONI,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01391 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 31, 2018<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |

On August 31, 2018, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed for his failure to prosecute the action and failure to comply with the Court's order to file an opening brief. (Doc. 15) On September 13, 2018, Plaintiff filed a response, requesting an extension of time to file an opening brief. (Doc. 16) Based upon the information provided by counsel and good cause appearing, the Court **ORDERS**:

    1.    The Order to Show Cause dated August 31, 2018 is **DISCHARGED**;

    2.    Plaintiff's request for an extension of time is **GRANTED**; and

    3.    Plaintiff **SHALL** file an opening brief no later than **September 25, 2018**.

IT IS SO ORDERED.

    Dated:  **September 17, 2018**        **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE