**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE FRANCESCONI, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL[1], <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-1391 - JLT <br><br> ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES <br><br> (Doc. 23) |

On June 4, 2019, Valerie Francesconi filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23) To date, the Commissioner has not filed a response to Plaintiff's motion. Accordingly, the Court **ORDERS**:

1. The Commissioner **SHALL** file an opposition to the motion, or a notice of non-opposition, no later than **July 9, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **July 16, 2019**.

IT IS SO ORDERED.

Dated: **June 25, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).